**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RASHIKA PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 20-1588 |
| | ) | |
| LOUIS DEL PRETE, | ) | Magistrate Judge Dodge |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 23rd day of May, 2024, IT IS HEREBY ORDERED that judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure is entered in favor of Defendant Louis Del Prete and against Plaintiff Rashika Porter. The Clerk of Court shall mark this case CLOSED.

/s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge